UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIDEON O IFIANAYI,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR),<br><br>    Defendant. | Case No. 22-cv-06182-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on March 28, 2023. Having considered the parties' proposals, *see* Dkt. No. 26, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | May 1, 2023 |
| Close of Fact Discovery | October 25, 2023 |
| Exchange of Opening Expert Reports | December 8, 2023 |
| Exchange of Rebuttal Expert Reports | January 5, 2024 |
| Close of Expert Discovery | February 2, 2024 |
| Dispositive Motion Hearing Deadline | November 30, 2023, at 2:00 p.m. |
| Pretrial Conference | March 5, 2024, at 3:00 p.m. |
| Jury Trial (5 days) | March 25, 2024, at 8:30 a.m. |

//

//

//

1  These dates may only be altered by order of the Court and only upon a showing of good
2  cause. The parties are directed to review and comply with this Court's standing orders.
3  This order **TERMINATES** Dkt. No. 26.
4  **IT IS SO ORDERED.**
5  Dated: 4/6/2023

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge